IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 07-420 |
| | : | |
| JEFFREY WRIGHT | : | |

**O R D E R**

**AND NOW**, this         day of                         , 2012, upon consideration of Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583, and the government response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. The defendant's term of supervised release is hereby terminated.

BY THE COURT:

_____
**THE HONORABLE CYNTHIA M. RUFE**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NO.: 07-420** |
| | : | |
| | : | |
| **JEFFREY WRIGHT** | : | |

### DEFENDANT'S MOTION FOR EARLY TERMINATION
### OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. § 3583

Jeffrey Wright, by and through his undersigned counsel, respectfully moves the Court to terminate his supervised release pursuant to 18 U.S.C. § 3583(e)(1). As grounds, it is averred:

1.　On May 1, 2008, Mr. Wright was sentenced before The Honorable James T. Giles, United States District Court Judge to a term of 18 months incarceration to be followed by a 3 year period of supervised release.

2.　Mr. Wright was released from the custody of the Federal Bureau of Prisons, and is scheduled to be discharged from his supervised release in January 2013. Mr. Wright has completed approximately more than half of his term of supervision, during which time he has demonstrated an ability to conform to the terms of supervision and has shown a personal commitment to achieving positive goals in his life.

3.　Mr. Wright's crime was serious. On the other hand, he has completed his prison sentence and has faithfully complied with all of the terms of his supervision, including random urinalysis in which all results have been negative for the use of illegal substances. In addition, Mr. Wright has not engaged in any new criminal conduct; he has been law-abiding; he has a

positive relationship with his children and family; and he has maintained employment and a stable residence.

4. Mr. Wright has transformed himself since the time of his sentencing in 2008. While in federal custody, Mr. Wright participated in anger management and GED programs. He did everything to make the most of his time while in custody.

5. Mr. Wright has truly embraced religion in his life. He is an active member of Triumph Baptist Church in Philadelphia and regularly attends Sunday services.

6. Mr. Wright is the loving father of six children, Jeffrey, Jr. (21); Jasmin (19); Otis (18); Jeionie (9); and twins Mehky and Mehkyia (6). He is a proud, involved father and enjoys partaking in his children's school events and extra curricular activities. He resides with his girlfriend of 2 years, Cynthia Garrett.

7. After he was released from custody, Mr. Wright returned to work with Sloan Moving & Storage where he has been employed for nineteen years. Mr. Wright was recently approached with an employment opportunity with Motor Transportation Company (MTC). He is extremely interested in this position as it would afford him a significant pay increase. Mr. Wright is not eligible to accept the position while he is on supervision. Mr. Wright therefore respectfully requests that his supervision be terminated so that he may accept this offer which will afford him to be in better financial position to provide for his family.

8. Mr. Wright is being supervised by United States Probation Officer James Telese. Mr. Telese reports that he supports this motion for early termination of supervised release.

9. Pursuant to 18 U.S.C. § 3583(e)(1), a court is permitted to:

"terminate a term of supervised release and discharge the defendant

>released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

In making this determination, the court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

10. Early discharge is appropriate to "account for new or unforeseen circumstances" not contemplated at the initial imposition of supervised release. United States v. Lussier, 104 F.3d 32, 36 (2nd Cir. 1997). These new circumstances include post sentence rehabilitation and a defendant's exceptionally good behavior that makes the previously imposed term of supervised release "either too harsh or inappropriately tailored to serve the general punishment goals of section 3553(a). In such cases, the court may ... discharge the defendant from supervised release." Id.

11. With the above in mind, the Honorable Robert Holmes, Chair of the Judicial Conference Committee on Criminal Law issued a memorandum dated February 16, 2012, regarding *Cost-Containment Strategies Related to Probation and Pretrial Services Offices.* Attached hereto as Exhibit A is a copy of said memorandum. The purpose of this memorandum was to conform to budget constraints and align the resources of the United States Probation Department and Pretrial Services. It promotes early termination of supervised release in certain cases in order to allocate more resources to complex and serious offenders. This Committee clearly understood both the cost of supervision and the reality that some offenders do rehabilitate. In those cases, the Committee advocates for early termination of supervised release. Pursuant to this memorandum, Mr. Wright meets most of the criteria for early termination of supervised release and therefore, brings this Motion before the Court.

12. All of the above support a finding that early termination has been earned by Mr. Wright and is warranted by his post-sentencing rehabilitative efforts and "exceptionally good behavior" while on supervised release. <u>Lussier</u>, 104 F.3d at 36.

13. In light of the sentencing purposes for which the term of supervised release was imposed, the current concerns outlined in the cost-containment memorandum referred to above, and Mr. Wright's possible employment opportunity, the interests of justice are better served by *not* requiring Mr. Wright to complete the term of supervised release imposed on him.

**WHEREFORE**, for the reasons cited above and in the interests of justice, defendant Jeffrey Wright respectfully moves this Court for an order terminating his supervised release.

Respectfully submitted,

*s/Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Federal Defender

# EXHIBIT "A"

**CERTIFICATE OF SERVICE**

    I, Elizabeth L. Toplin, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Defendant's Motion for Early Termination of Supervised Release, upon Joel Goldstein, Assistant United States Attorney, by electronic case filing and/or hand delivery to his office at the United States Attorney's Office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106, on the date indicated below.

                                                  s/Elizabeth L. Toplin
                                                  ELIZABETH L. TOPLIN
                                                  Assistant Federal Defender

Date:   June 8, 2012